RECEIPT # 53013
AMOUNT $
SUMMONS ISSUED NO
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Kim Abaid
DATE 1-9-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

2004 JAN -9 P 2:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ALBERT L. LASH, IV, <br><br> Plaintiff, <br><br> v. <br><br> RBM TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. <br><br> **04-10062 GAO** <br><br> MAGISTRATE JUDGE Collings |

## NOTICE OF REMOVAL

Defendant, Albert L. Lash, IV ("Lash"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby respectfully gives notice that:

1. Plaintiff, RBM Technologies, Inc. ("RBM"), commenced a civil action against Lash in the Superior Court of Middlesex County, the Commonwealth of Massachusetts, on January 6, 2004, bearing Case No. 04-0047 and captioned *RBM Technologies, Inc. v. Albert L. Lash, IV* (the "Massachusetts action"). Lash received a copy of the Summons and Complaint in the Massachusetts action on January 7, 2004.

2. The Massachusetts action is a civil action arising under the U.S. Copyright Act, 17 U.S.C. §§ 101, *et seq.*, of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1331 and 1338, and is one which may be removed to this Court by Defendant Lash pursuant to the provisions of Title 28, United States Code, Section 1441. Plaintiff's claims are premised on its allegations that: (i) it "developed" certain software "named Merchandising Manager;" (ii) it hired Defendant Lash as an employee to "refine" the Merchandising Manager software; and (iii) it allegedly has ownership rights to the Merchandising Manager software and any subsequent revisions made to that software by

Defendant Lash. *See* Complaint, ¶¶ 9, 13, and 20. Based upon Plaintiff's alleged ownership of the Merchandising Manager software, its Complaint seeks, *inter alia*, a judgment "for breach of contract" based upon Lash's alleged claim of "ownership of the unique Merchandising Manager software" and a judgment and injunctive relief for "misappropriation of trade secrets and confidential information" based upon Lash's possession of "trade secrets belonging to the Company, including [the Merchandising Manager] software developed by the Company." *See* Complaint, ¶¶ 43 and 55. Plaintiff's Complaint asserts these claims in full knowledge of, and purposefully disregarding, the facts that: (i) Plaintiff hired Lash as an independent contractor and not as an employee; (ii) the first version of the Merchandising Manager software was completed by Lash even before the alleged "written employment contract (the "Contract") between Plaintiff and Defendant came into being; (iii) the alleged Contract contained several conditions precedent that remain unfilled and therefore the Contract is *void ab initio*; and (iv) that outside of the Contract, no other contract exists that designates Defendant Lash's relationship with Plaintiff as a work-made-for-hire under the U.S. Copyright Act. *See* Complaint, ¶ 11.

3.   Although Plaintiff's Complaint does not plead that its claims arise under the U.S. Copyright Act, a plaintiff cannot avoid removal by artful pleading, *i.e.*, by framing in terms of state law a complaint 'the real nature of [which] is federal, regardless of plaintiff's characterization,' or by 'omitting to plead necessary federal questions in a complaint." *Derrico v. Sheehan Emergency Hosp.*, 844 F.2d 22, 27 (2d Cir. 1988) (citations omitted); *Travelers Indem. Co. v. Sarkisian*, 794 F.2d 754 (2d Cir. 1986). *See also Cuisinarts Corp. v. Appliance Sci. Corp.*, 1991 U.S. Dist. LEXIS 21021, 21 U.S.P.Q.2d 1318 (D. Conn. Oct. 30, 1991) (removal to federal court upheld where plaintiff's state law claims for theft of trade secrets,

unfair competition and breach of fiduciary duty necessarily required construction of provisions of the Copyright Act pertaining to, *inter alia*, joint authorship, works-made-for-hire and infringement). Under this exception to the "well-pleaded complaint rule," *Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1 (1983), Plaintiff's Complaint must be seen for what it is – a bald attempt to disguise federal claims under the Copyright Act as allegedly state claims. As in *Cuisinarts*, *supra*, Plaintiff's Complaint necessarily requires construction of the federal Copyright Act with respect to issues of authorship and/or co-authorship, work-made-for-hire, derivative works and the "federally-granted rights to reproduce copyrighted work and to prepare derivative works therefrom." *Id.*, 1991 U.S. Dist. LEXIS 21021 at *3, 21 U.S.P.Q.2d at 1319. As such, removal is proper. *Id.*

4.  The Court may exercise supplemental jurisdiction over those of Plaintiff RBM's claims which arise under state law pursuant to Title 28, United States Code, Section 1367, because the state law claims are so related to the federal claims under the Copyright Act that they form part of the same case or controversy.

5.  This Notice of Removal is being filed within twenty (20) days after Defendant Lash received the Summons and Complaint in the Massachusetts action. Defendant Lash's time to answer or move with respect to the Complaint expires on January 27, 2004.

6.  Promptly after filing this Notice of Removal, defendant Lash shall provide notice thereof to Plaintiff RBM through its counsel of record and to the Clerk of the Superior Court of Middlesex County, the Commonwealth of Massachusetts, in accordance with 28 U.S.C. § 1446(d).

7. Copies of all process, pleadings and orders served upon Defendant Lash up to the date of this Notice of Removal are attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(b).

WHEREFORE, Defendant Albert L. Lash, IV prays that the above action now pending against it in the Superior Court of Middlesex County, the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully Submitted,

ALBERT L. LASH, IV
By his Attorneys,

_____
David Fanikos, Esq., BBO No. 564303
Demeo & Associates, PC
227 Lewis Wharf
Boston, MA 02110
Telephone: (617) 263-2600
Facsimile: (617) 263-2300

GRIMES & BATTERSBY, LLP
Charles W. Grimes, Esq.
Jessica L. Elliott, Esq.
488 Main Avenue
Norwalk, CT 06851
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Dated: January 9, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal has been served upon the plaintiff, RBM Technologies, Inc., this 9th day of January, 2004, via U.S. Mail, first class, postage prepaid, to:

George A. McLaughlin, III
THE McLAUGHLIN BROTHERS, P.C.
28 State Street, 31st Floor
Boston, MA 02109

_____
David Fanikos

%JS 44 (Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Albert L. Lash, IV

(b) County of Residence of First Listed Plaintiff **Norfolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
David Fanikos, Esq.
Demeo and Associates, P.C.
227 Lewis Wharf, Boston, MA 02110
(617) 263-2600

## DEFENDANTS
RBM Technologies, Inc.

04-10062 GAO

County of Residence of First Listed **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
George A. McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
28 State Street, 31st Floor, Boston, MA 02109

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act / ☐ 865 RSI (405(g)) | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | Habeas Corpus: | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General / ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty / ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other / ☐ 791 Empl. Ret. Inc. Security Act | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**17 USC Sections 501 and 101 and seq. This case arises out of a copyright infringement dispute.**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): RBM Technologies, Inc. v. Lash, Superior Ct., Middlesex County
JUDGE
DOCKET NUMBER 04-0047

DATE: 7 Jan 04
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Lash v. RBM Technologies, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [x] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **04-10062 GAO**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   RBM Technologies, Inc. v. Albert L. Lash, IV, Civil Action 04-0047 filed in Sup. Court of Middlesex County on 1/6/04

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [x]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [x]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  David Fanikos, Esq.
ADDRESS  Demeo & Associates, P.C., 227 Lewis Wharf, Boston, Massachusetts 02110
TELEPHONE NO.  (617) 263-2600

(Coversheetlocal.wpd - 10/17/02)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

8. A Motion for Preliminary Injunction is currently pending in state court.