UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT DEPT.
CIVIL ACTION NO. 04CV10062GA0

| | |
|---|---|
| RBM Technologies, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Albert L. Lash, IV, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO REMAND

Plaintiff RBM Technologies, Inc. (the "Company"), pursuant to 28 U.S.C. § 1447 (c), moves this Court to remand this action to the Middlesex Superior Court, Commonwealth of Massachusetts, with respect to which defendant has filed a notice of removal to this Court, because the Court lacks subject matter jurisdiction over the case. In support of this Motion, the plaintiff states as follows:

1. Plaintiff filed a Verified Complaint (the "Complaint") against Albert L. Lash, IV ("Lash") in the Middlesex Superior Court, Commonwealth of Massachusetts, on January 6, 2004, captioned <u>RBM Technologies, Inc. v. Albert L. Lash, IV</u>, Civil Action No. 04-0047. The Complaint asserts claims against Lash arising exclusively out of Massachusetts state law, including breach of contract, conversion, misappropriation of trade secrets and confidential information, declaratory judgment and violation of Massachusetts General Laws Chapter 272 § 99 (Q) (interception of wire communications).

2. On January 9, 2004, Lash filed a Notice of Removal ("Notice") in the United States District Court for the District of Massachusetts. The Notice alleges that the Complaint arises under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* and that this Court has original jurisdiction of the case under 28 U.S.C. 1331 and 1338 and that the case is therefore removable under 28 U.S.C. § 1441. Specifically, defendant alleges that the breach of contract claim and misappropriation of trade secrets and confidential information claim arise under federal law. Notice, ¶ 3.

3. The causes of action for breach of contract and misappropriation of trade secrets and confidential information arise out of an August 1, 2001 Engagement Letter (the "Contract") signed by the parties. These causes of action arise exclusively under Massachusetts law.

4. The United States District Court of Massachusetts is without subject matter jurisdiction to hear this case. 28 U.S.C. 1441, 28 U.S.C. 1331.

5. Defendant further submits the accompanying Memorandum of Reasons in support of this Motion.

WHEREFORE, plaintiff, RBM Technologies, Inc. requests this Court to remand this case to the Middlesex Superior Court, Commonwealth of Massachusetts, and award payment of just costs and actual expenses, including attorneys fees, incurred as a result of this Motion, pursuant to 28 U.S.C. § 1447 (c).

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests the motion be set for oral argument.

Respectfully submitted,
RBM Technologies, Inc.,
By its attorneys,
THE McLAUGHLIN BROTHERS, P.C.

By: _____
George A. McLaughlin, III
BBO No. 544822
28 State Street, 31st Floor
Boston, MA 02109
(617) 523-7165

Dated: February __, 2004

## CERTIFICATE OF SERVICE

I, George A. McLaughlin, III, hereby certify that a true copy of the above document was served upon the attorney for every other party by mail to David Fanikos, Demeo & Associates, P.C., 227 Lewis Wharf, Boston, MA 02110, defendant's attorney on the ___ day of February, 2004.

_____
George A. McLaughlin, III

## CERTIFICATE OF ATTEMPT TO RESOLVE

I, George A. McLaughlin, III, hereby certify, pursuant to Local Rule 7.1 (A) (2) that counsel have conferred and attempted in good faith to resolve or narrow the issue presented in this motion.

_____
George A. McLaughlin, III
H:\RBM Technologies\PLEADINGS\Motion for Remand.doc

3