UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ALBERT L. LASH, IV, ) | Civil Action No. 04CV10062GAO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ASSENTED-TO MOTION** |
| RBM TECHNOLOGIES, INC., ) | **FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| Defendant. ) | |

The Plaintiff, Albert Lash ("Lash"), by his undersigned counsel and pursuant to

Local Rule 83.5.3, hereby moves this Court to admit *pro hac vice* Charles W. Grimes and

Jessica L. Elliott, of Grimes & Battersby, LLP, 488 Main Avenue, Norwalk, Connecticut.

In support of this motion, Lash states as follows:

1.     The undersigned counsel, David W. Fanikos, is a member of the bar of this

Court in good standing.

2.     The undersigned counsel has entered his appearance in this matter on behalf

of Lash.

3.     In accordance with Local Rule 83.5.3, the certificates of each applicant for

admission are attached hereto and incorporated herein by reference.

4.     On June 11, 2004, pursuant to Local Rule 7.1(A)(2), counsel for Lash

consulted with Defendant's counsel regarding this Motion.  Defendant's counsel

assented-to this Motion.

WHEREFORE, Lash respectfully requests the Court to allow this motion to admit

*pro hac vice* Charles W. Grimes and Jessica L. Elliott.

Respectfully Submitted,

ALBERT L. LASH, IV
By his Attorneys,

David Fanikos, Esq., BBO No. 564303
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA  02110
(617) 263-2600

GRIMES & BATTERSBY, LLP
Charles W. Grimes, Esq.
Jessica L. Elliott, Esq.
488 Main Avenue
Norwalk, CT  06851
(203) 849-8300

Assented to,

RBM TECHNOLOGIES, INC.
By its Attorneys,

George A. McLaughlin, III
BBO No. 544822
THE MCLAUGHLIN BROTHERS, P.C.
One Beacon Street, 17th Fl.
Boston, MA  02108
(617) 523-7165

Dated: June 11, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF
RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND, BY FEDERAL
EXPRESS, BY TELECOPIER).

June 11, 2004

Date                              Signature