UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br>Defendant. | Civil Action No. 04CV10062GAO<br><br>**CERTIFICATE OF GOOD STANDING OF CHARLES W. GRIMES, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Charles W. Grimes, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am a partner and owner of the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I was admitted to practice law in the states of Illinois in May 1975, New York in October 1978 and Connecticut in July 1982; the United States District Courts for the Northern District of Illinois in June 1975, the Southern District of New York in January 1979, and the District of Connecticut in December 1980; the United States Courts of Appeal for the Eighth Circuit in January 1987, the District of Columbia in October 1980, the Eleventh Circuit in February 1985 and for the Federal Circuit in October 1982; the United States Court of Customs and Patent Appeals in June 1979; the United States Patent and Trademark Office in December 1975; and the United States Supreme Court in November 1990.

4. I am a member of the Bar in good standing in every state, district and federal court where I have been admitted to practice. There are no disciplinary proceedings

pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 10th day of June, 2004.

_____
Charles W. Grimes, Esquire



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify that, in the Superior Court at* Bridgeport, *on the* twenty-third, *day of* July, 1982,

Charles W. Grimes

of

Darien, CT

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* ninth *day of* June, 20 04.

Michele T. Angers

*Chief Clerk*

