UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 14 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALBERT L. LASH, IV, )
)
Plaintiff, )
)
v. )
)
RBM TECHNOLOGIES, INC., )
Defendant. )
)

Civil Action No. 04CV10062GAO

**CERTIFICATE OF GOOD STANDING OF JESSICA L. ELLIOTT, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jessica L. Elliott, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am an attorney with the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I was admitted to practice law in the state of Connecticut in December 2001 and in the District of Columbia in August 2002 and in the United States District Courts for the District of Connecticut in June 2003 and for the Southern District of New York in December 2003.

4. I am a member of the Bar in good standing in every state and district where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 10th day of June, 2004.

*Jessica L. Elliott*
Jessica L. Elliott, Esquire



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* ____Hartford____,

*on the* ____third____ *, day of* ____December____,

____2001____,

____Jessica Lee Elliott____

*of*

____Stamford, CT____

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* ____ninth____ *day of* ____June____ *, 20* ____04____ *.*

*[signature]*

**Michele T. Angers**

*Chief Clerk*

